IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR306 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FREDY AGUILAR-PORTILO, | ) | |
| JOSE SALAZAR-BILLALBA, and | ) | |
| DANIELLA ERICKSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Jose Salazar-Billalba (Salazar-Billalba) (Filing No. 69). Salazar-Billalba seeks a sixty-day continuance of the trial of this matter scheduled for April 6, 2015. Salazar-Billalba's counsel represents Salazar-Billalba will file an affidavit whereby Salazar-Billalba consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Salazar-Billalba's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted, and **trial will be continued as to all defendants**.

**IT IS ORDERED:**

1. Salazar-Billalba's motion to continue trial (Filing No. 69) is granted.

2. Trial of this matter **as to all defendants** is re-scheduled for **June 1, 2015,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 23, 2015, and June 1, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 23rd day of March, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge