IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FREDY AGUILAR-PORTILO,<br><br>        Defendant. | **8:14CR306**<br><br>ORDER |

.

      IT IS ORDERED that the government's Motion to Appoint Counsel [140] is granted. Andrew J. Wilson is appointed as attorney of record for the above-named defendant in this matter pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska and shall forthwith file an appearance in this matter.

      IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

      IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Andrew J. Wilson.

      DATED this 2nd day of March, 2018.

                                    BY THE COURT:

                                    s/ Susan M. Bazis
                                    United States Magistrate Judge